# United States Court of Appeals
## For the First Circuit

No. 20-1050

UNITED STATES OF AMERICA,

Appellee,

v.

KATHY S. CHIN,

Defendant, Appellant.

No. 20-1051

UNITED STATES OF AMERICA,

Appellee,

v.

MICHELLE L. THOMAS,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this court, issued on October 6, 2021, is amended as follows:

On page 31, line 21, please replace the phrase "because Thomas had not been qualified as an expert" with "because Penta had not been qualified as an expert."